## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS/ST. JOHN

| | | |
|---|---|---|
| **JESUS SANCHEZ OTERO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2017-0015** |
| | ) | |
| **SBP INTERNATIONAL PLAZA, LLC and** | ) | |
| **SBP MANAGEMENT, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| **SBP INTERNATIONAL PLAZA, LLC and** | ) | |
| **SBP MANAGEMENT, LLC,** | ) | |
| | ) | |
| **Third-Party Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SOCIETE INTERNATIONALE DE** | ) | |
| **TELECOMMUNICATIONS AERONAUTIQUES** | ) | |
| **and EQUANT USVI, INC.,** | ) | |
| | ) | |
| **Third-Party Defendants.** | ) | |
| _____ | ) | |

**Attorneys:**
**Ryan W. Greene, Esq.,**
St. Thomas, U.S.V.I.
 *For Plaintiff*

**Mark W. Eckard, Esq**.,
St. Croix, U.S.V.I.,
 *For Defendants/Third-Party Plaintiffs*

**Robert J. Kuczynski, Esq.,**
**Michael A. Rogers, III., Esq.,**
 *For Third-Party Defendant Equant USVI, Inc.*

## <u>ORDER</u>

THIS MATTER comes before the Court on the "Notice of Voluntary Dismissal" filed by

SBP International Plaza, LLC and SBP Management, LLC ("SBP Defendants/Third-Party

Plaintiffs) (Dkt. No. 38) and the "Stipulation for Dismissal" executed by Plaintiff Jesus Sanchez Otero, the SBP Defendants/Third-Party Plaintiffs, and Third-Party Defendant Equant USVI, Inc. (Dkt. No. 95). In the Notice of Voluntary Dismissal, the SBP Defendants/Third-Party Plaintiffs voluntarily dismissed their claims against Societe Internationale de Telecommunications Aeronautiques without prejudice. In the Stipulation for Dismissal, all remaining parties stipulated to the dismissal of all claims against the SBP Defendants/Third-Party Plaintiffs and against Third-Party Defendant Equant USVI, Inc., with each party to bear their own costs and attorneys' fees.

**UPON CONSIDERATION** of the Notice of Voluntary Dismissal and Stipulation of Dismissal, it is hereby

**ORDERED** that the Notice of Voluntary Dismissal (Dkt. No. 38) is **ACCEPTED**; and it is further

**ORDERED** that Defendants/Third-Party Plaintiffs' claims against Societe Internationale de Telecommunications Aeronautiques are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Stipulation for Dismissal (Dkt. No. 95) is **ACCEPTED**; and it is further

**ORDERED** that Plaintiff's claims against Defendants SBP International Plaza, LLC and SBP Management, LLC, are **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees; and it is further

**ORDERED** that Defendant/Third-Party Plaintiffs' claims against Equant, USVI, Inc. are **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees; and it is further

2

**ORDERED** that Third-Party Defendant Equant, USVI, Inc.'s Motion for Summary Judgment (Dkt. No. 82) against the Third-Party Plaintiffs is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: March 15, 2019

_____/s/_____
WILMA A. LEWIS
Chief Judge